NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LESTER MCDANIEL,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3049

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100681-I-1.

---

**ON MOTION**

---

**ORDER**

The Department of Homeland Security moves for an 8-day extension of time, until July 26, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**JUL 17 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jeffrey H. Jacobson, Esq.
     Jane W. Vanneman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2012

JAN HORBALY
CLERK